In the Matter of the Application of HONORA E. WHEELER, Respondent, for a Peremptory Order of Mandamus against CHARLES W. BERRY, as Comptroller

of the City of New York, Appellant.— Peremptory mandamus order unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.